**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-4544**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WARREN WHITE,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-98-19)

———————

Submitted:  December 8, 2000          Decided:  January 26, 2001

———————

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Harry D. Harmon, Jr., Norfolk, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Robert J. Krask, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren White appeals the district court's order that revoked his supervised release and imposed a six-month sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. White, No. CR-98-19 (E.D. Va. July 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2